DENNIS K. BURKE
United States Attorney
District of Arizona
JOELYN D. MARLOWE
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff
joelyn.marlowe@usdoj.gov

CR10-0899 TUC CKJ JR

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **INDICTMENT** |
| Plaintiff, | Violations: |
| v. | 18 U.S.C. § 922(a)(6) |
| | 18 U.S.C. § 922(g)(1) |
| Darral Wayne Brumley, | 18 U.S.C. § 924(a)(2) |
| aka Darrel Wayne Storm, | 18 U.S.C. § 924(d) |
| aka Armando Hernandez, | 28 U.S.C. § 2461(c) |
| Defendant. | (False Statements During Purchase of a Firearm; Felon in Possession of Firearms and Ammunition; Forfeiture Allegation) |

THE GRAND JURY CHARGES:

COUNT 1

1.    On or about July 31, 2008, at or near Marana, in the District of Arizona, Darral Wayne Brumley, aka Darrel Wayne Storm, aka Armando Hernandez (hereafter referred to as Darral Wayne Brumley), a person convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Rape in the Third Degree, in Marion County, Oregon Circuit Court, case number 92C 20933, on or about November 20, 1992; two counts of Theft in the First Degree and four counts of Unauthorized Use of a Motor Vehicle, in Marion County, Oregon Circuit Court, case number 93C21187, on or about May 19, 1994; and Burglary in the First Degree, in Marion County, Oregon Circuit Court, case number

97C20174, on or about February 13, 1997, did knowingly possess firearms and ammunition as set forth in Attachment A, numbered pages 10 through 12, lines 2 through 48, and 51 through 54, said firearms and ammunition having affected interstate commerce in that they previously were transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

2. On or about January 8, 2004, at or near, Tucson, in the District of Arizona, the defendant, **Darral Wayne Brumley,** in connection with the acquisition of one (1) firearm, that is, a Winchester, 12 gauge shotgun, Model Defender 1300, bearing serial number L1505685, from West of the Pecos, Inc, doing business as Miller's Dealer Outlet, a federally licensed firearms dealer, knowingly made a false and fictitious statement, which statement was intended and likely to deceive said federally licensed firearms dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that he had not been convicted of a felony or other crime punishable by imprisonment for more than one year, and that his true name was Darrel Wayne Storm, when in truth and fact as the defendant knew, he had been convicted of a felony or other crime punishable by imprisonment for more than one year, and his true name was Darral Wayne Brumley; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). *See Attachment A, line 45.*

## COUNT 3

3. On or about October 9, 2004, at or near Tucson, in the District of Arizona, the defendant, **Darral Wayne Brumley,** in connection with the acquisition of one (1) firearm, that is, a Star, 9mm pistol, Model BM, bearing serial number 1976340, from Bear Arms, a

federally licensed firearms dealer, knowingly made a false and fictitious statement, which statement was intended and likely to deceive said federally licensed firearms dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that he had not been convicted of a felony or other crime punishable by imprisonment for more than one year, and that his true name was Darrel Wayne Storm, when in truth and fact as the defendant knew, he had been convicted of a felony or other crime punishable by imprisonment for more than one year, and his true name was Darral Wayne Brumley; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). *See Attachment A, line 46.*

## COUNT 4

4.   On or about December 11, 2004, at or near Tucson, in the District of Arizona, the defendant, **Darral Wayne Brumley,** in connection with the acquisition of one (1) firearm, that is, a Ruger, .22 caliber rifle, Model L10-22, bearing serial number 235-13346, from Bear Arms, a federally licensed firearms dealer, knowingly made a false and fictitious statement, which statement was intended and likely to deceive said federally licensed firearms dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that he had not been convicted of a felony or other crime punishable by imprisonment for more than one year, and that his true name was Darrel Wayne Storm, when in truth and fact as the defendant knew, he had been convicted of a felony punishable by imprisonment for more than one year, and his true name was Darral Wayne Brumley; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). *See Attachment A, line 47.*

## COUNT 5

5. On or about February 4, 2005, at or near Prescott, in the District of Arizona, the defendant, **Darral Wayne Brumley,** in connection with the acquisition of two (2) firearms, that is, a Star, 9mm pistol, Model SA, bearing serial number 41667, and a Romarm, 7.62 x 39 rifle, Model WASR 10, bearing serial number AN120882, from J & G Sales, LTD, a federally licensed firearms dealer, knowingly made a false and fictitious statement, which statement was intended and likely to deceive said federally licensed firearms dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearms to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that he had not been convicted of a felony or other crime punishable by imprisonment for more than one year, and that his true name was Darrel Wayne Storm, when in truth and fact as the defendant knew, he had been convicted of a felony or other crime punishable by imprisonment for more than one year, and his true name was Darral Wayne Brumley; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). *See Attachment A, lines 48-49.*

## COUNT 6

6. On or about August 7, 2005, at or near Tucson, in the District of Arizona, the defendant, **Darral Wayne Brumley,** in connection with the acquisition of two (2) firearms, that is, a Chinese Made, 7.62 x 39 rifle, Model SKS, bearing serial number 295246, and a CZ, 7.62 pistol, Model 54, bearing serial number Y3534, from Omega Weapons Systems, Inc, a federally licensed firearms dealer, knowingly made a false and fictitious statement, which statement was intended and likely to deceive said federally licensed firearms dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearms to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473,

Firearms Transaction Record, that he had not been convicted of a felony or other crime punishable by imprisonment for more than one year, and that his true name was Darrel Wayne Storm, when in truth and fact as the defendant knew, he had been convicted of a felony for other crime punishable by imprisonment for more than one year, and his true name was Darral Wayne Brumley; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). *See Attachment A, lines 50-51.*

## COUNT 7

7. On or about December 6, 2005, at or near Tucson, in the District of Arizona, the defendant, **Darral Wayne Brumley,** in connection with the acquisition of one (1) firearm, that is, a Springfield Armory, .40 caliber pistol, Model XD-40, bearing serial number US432533, from Sportsman's Warehouse #132, a federally licensed firearms dealer, knowingly made a false and fictitious statement, which statement was intended and likely to deceive said federally licensed firearms dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that he had not been convicted of a felony or other crime punishable by imprisonment for more than one year, and that his true name was Darrel Wayne Storm, when in truth and fact as the defendant knew, he had been convicted of a felony or other crime punishable by imprisonment for more than one year, and his true name was Darral Wayne Brumley; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). *See Attachment A, line 52.*

## COUNT 8

8. On or about July 3, 2006, at or near Tucson, in the District of Arizona, the defendant, **Darral Wayne Brumley,** in connection with the acquisition of one (1) firearm, that is, a Kel-Tec, .380 caliber pistol, Model P3AT, bearing serial number HYJ15, from

Rincon Concepts, a federally licensed firearms dealer, knowingly made a false and fictitious statement, which statement was intended and likely to deceive said federally licensed firearms dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that he had not been convicted of a felony or other crime punishable by imprisonment for more than one year, and that his true name was Darrel Wayne Storm, when in truth and fact as the defendant knew, he had been convicted of a felony or other crime punishable by imprisonment for more than one year, and his true name was Darral Wayne Brumley; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). *See Attachment A, line 53.*

## COUNT 9

9. On or about August 15, 2006, at or near Tucson, in the District of Arizona, the defendant, **Darral Wayne Brumley,** in connection with the acquisition of two (2) firearms, that is, a DC Industries, 7.62 x 39 rifle, Model NDS-3, bearing serial number 3001662, and a DC Industries, 7.62 receiver, Model AKM, bearing serial number 3001663, from Omega Weapons Systems, Inc., a federally licensed firearms dealer, knowingly made a false and fictitious statement, which statement was intended and likely to deceive said federally licensed firearms dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearms to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that he had not been convicted of a felony or other crime punishable by imprisonment for more than one year, and that his true name was Darrel Wayne Storm, when in truth and fact as the defendant knew, he had been convicted of a felony or other crime punishable by imprisonment for more than one year, and his true name was Darral Wayne Brumley; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). *See Attachment A, lines 54-55.*

## FORFEITURE ALLEGATION

10. Upon conviction of one or more of the offenses alleged in Counts 1 through 9 of this Indictment, **Darral Wayne Brumley** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in or used in any knowing violation of the commission of an offense of Title 18, United States Code, Sections 922(a)(6) or 922(g)(1), including, but not limited to:

(1) One Remington Arms firearm, Model 03-A3, bearing serial number 3957712. *See Count 1 and Attachment A, line 31*;

(2) One Japanese made (Nambu), .8 caliber pistol, bearing serial number 12836. *See Count 1 and Attachment A, line 36*;

(3) One Star, .9 caliber pistol, bearing serial number 41667. *See Counts 1, 5 and Attachment A, line 48*;

(4) One Romarm, 7.62 caliber rifle, Model WASR 10, bearing serial number AN120882. *See Count 5 and Attachment A, line 49*;

(5) One Chinese made, 7.62 caliber rifle, Model SKS, bearing serial number 295246. *See Count 6 and Attachment A, line 50*;

(6) One Springfield Armory, .40 caliber pistol, Model XD-40, bearing serial number US432533. *See Count 1,7 and Attachment A, line 52*;

(7) One Kel-Tec, .380 caliber pistol, Model P3AT, bearing serial number HYJ15. *See Count 1,8 and Attachment A, line 53*; and

(8) One DC Industries, 7.62 receiver, Model AKM, bearing serial number 3001663. *See Count 9 and Attachment A, line 55.*

///

//

/

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853(p) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

///

//

/

1
2                           A TRUE BILL
3
4
5
6                           Presiding Juror

7  DENNIS K. BURKE
8  United States Attorney
9  District of Arizona


                                                APR 2 8 2010

10
11
12  Assistant United States Attorney                **REDACTED FOR**
                                                    **PUBLIC DISCLOSURE**
13
14
15
16
17
18  United States v. Darral Wayne Brumley
    Indictment
19
20
21
22
23
24
25
26

Indictment Page 9 of 12

United States v. Darral Wayne Brumley

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNT | AFF # | MAKE | CALIBER | TYPE | MODEL | S/N | 922(g)(1) | 922(a)(6) | 4473 DATE | FFL | NOTES | SEIZED FROM |
| 1 | 44 | Taurus | 45 | Pistol | PT145 | NY132395 | Yes | No | N/A | N/A | Photo | Defendant |
| 1 | 49 | Norinco | 7.62 x 39 | Rifle | SKS | 11481488 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 50 | Polish made | 7.62 x 54 | Rifle | unknown | BD07946 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 51 | La Caruna | 7.62 | Rifle | M98 | 2N-4952 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 52 | Norinco | 7.62 x 39 | Rifle | SKS | 467438 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 53 | R. Famage (Mauser) | 30 | Rifle | unknown | F. 79229 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 54 | Yugoslavian made | 8 | Rifle | M24/47 | M24005135 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 55 | Chinese made | 7.62 | Rifle | M98 | 65220 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 56 | Chinese made | 7.62 x 54 | Rifle | T53 | 4063468 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 57 | Chinese made | 7.62 x 54 | Rifle | T53 | 4197 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 58 | Swiss Industries Group | 7.5 x 55 | Rifle | K-31 | 835739 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 59 | Chinese made | 7.62 x 54 | Rifle | T53 | 4057962 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 60 | Hungarian made | unknown | Rifle | M95 | M9502238 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 62 | Russian made | 7.62 x 54 | Rifle | 91/30 | 80306 or MH4183 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 63 | Stevens | 12 gauge | Shotgun | 67 | E275740 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 64 | CZ | 8 | Rifle | BRNO | E2371 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 65 | Enfield | 303 | Rifle | MK3 | 85261 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 1 | 66 | Enfield | 303 | Rifle | MK3 | 6644 | Yes | No | N/A | N/A | | Suburban at El Rio |

United States v. Darral Wayne Brumley

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNT | ATF # | MAKE | CALIBER | TYPE | MODEL | S/N | 922(g)(1) | 922(a)(6) | 4473 DATE | FTL | NOTES | SEIZED FROM |
| 20 1 | 67 | Turkish made | 8 | Rifle | M38 | 142814 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 21 1 | 69 | CZ | 8 | Rifle | BRNO 98/22 | E4188 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 22 1 | 70 | Harrington & Richardson | 410 | Shotgun | Topper 88 | AU450309 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 23 1 | 72 | Enfield | 303 | Rifle | MK1-4 | R16391 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 24 1 | 73 | Enfield | 303 | Rifle | MK3 | N8652 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 25 1 | 74 | DC Industries | 7.62 x 39 | Rifle | NDS-4 | 1001828 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 26 1 | 75 | DC Industries | 7.62X39 | Rifle | NDS-3 | 3004011 | Yes | No | N/A | N/A | Photo w/ storm tag | Suburban at El Rio |
| 27 1 | 79 | DC Industries | 7.62 x 39 | Rifle | NDS-3 | 30004894 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 28 1 | 81 | DC Industries | 7.62 x 39 | Rifle | NDS-3 | 30002003 | Yes | No | N/A | N/A | | Suburban at El Rio |
| 29 1 | 84 | Unknown (imported) | 308 | Rifle | GETME Sporter | C55758 | Yes | No | N/A | N/A | Photo w/ storm tag | Suburban at El Rio |
| 30 1 | 109 | Foster Industries | unknown | Pistol | unknown | F20816 | Yes | No | N/A | N/A | | Shed at El Rio |
| 31 1* | 110 | Remington Arms | unknown | Firearm | 03-A3 | 3957712 | Yes | No | N/A | N/A | | Shed at El Rio |
| 32 1 | 111 | Philippines made | 45 | Pistol | unknown | CD501018 | Yes | No | N/A | N/A | Photo w/ storm tag | Shed at El Rio |
| 33 1 | 114 | Smith & Wesson | 357 | Revolver | 66-1 | 45K0461 | Yes | No | N/A | N/A | Photo w/ storm tag | Shed at El Rio |
| 34 1 | 115 | Springfield Armory | 45 | Pistol | XD-45 | US609523 | Yes | No | N/A | N/A | | Shed at El Rio |
| 35 1 | 116 | Mauser | 8 | Pistol | unknown | 484328 | Yes | No | N/A | N/A | Photo w/ storm tag | Shed at El Rio |
| 36 1* | 117 | Japanese made (Nambu) | 8 | Pistol | unknown | 12836 | Yes | No | N/A | N/A | Photo w/ storm tag | Shed at El Rio |
| 37 1 | 5 | Chile – 522 rounds | 7 mm | ammo | N/A | N/A | Yes | No | N/A | N/A | | Marana home |

*Forfeiture Allegation
United States v. Darral Wayne Brumley

United States v. Darral Wayne Brumley

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COUNT | ATF # | MAKE | CALIBER | TYPE | MODEL | S/N | 922(g)(1) | 922(a)(6) | 4473 DATE | FFL | NOTES | SEIZED FROM |
| 38 | 1 | 9 | China - 520 rounds | 7.62 x 51 | ammo | N/A | N/A | Yes | No | N/A | N/A | | Marana home |
| 39 | 1 | 9 | Poland or Hungary - 730 | 7.62 x 54 | ammo | N/A | N/A | Yes | No | N/A | N/A | | Marana home |
| 40 | 1 | 9 | Czechoslovakia - 640 rounds | | ammo | N/A | N/A | Yes | No | N/A | N/A | | Marana home |
| 41 | 1 | 9 | China - 565 rounds | 7.62 x 39 | ammo | N/A | N/A | Yes | No | N/A | N/A | | Marana home |
| 42 | 1 | 9 | Russian - 353 rounds | 7.62 x 39 | ammo | N/A | N/A | Yes | No | N/A | N/A | | Marana home |
| 43 | 1 | 9 | CT or AR - 13 rounds | 7.62.39 | ammo | N/A | N/A | Yes | No | N/A | N/A | | Marana home |
| 44 | 1 | 22 | Yugoslavia - 2447 rounds | 7.9mm | ammo | N/A | N/A | Yes | No | N/A | N/A | | Marana home |
| 45 | 1, 2 | 86 | Winchester | 12 gauge | Shotgun | Defender | L1505685 | Yes | Yes | 8-Jan-04 | Miller's | | Suburban at El Rio |
| 46 | 1, 3 | 112 | Star | 9 | Pistol | BM | 1976340 | Yes | Yes | 9-Oct-04 | Bear Arms | Photo w/ storm tag | Shed at El Rio |
| 47 | 1, 4 | 85 | Ruger | 22 | Rifle | L10-22 | 235-13346 | Yes | Yes | 11-Dec-04 | Bear Arms | | Suburban at El Rio |
| 48 | 1, 5 * | 121 | Star | 9 | Pistol | SA | 41667 | Yes | Yes | 4-Feb-05 | J&G | | Shed at El Rio |
| 49 | 5* | N/A | Romarm | 7.62 | Rifle | WASR 10 | AN120882 | No | Yes | 4-Feb-05 | J&G | | Not found |
| 50 | 6* | N/A | Chinese made | 7.62 | Rifle | SKS | 295246 | No | Yes | 7-Aug-05 | Omega | | Not found |
| 51 | 1, 6 | 113 | CZ | 7.62 | Pistol | 54 | Y3534 | Yes | Yes | 7-Aug-05 | Omega | Photo w/ storm tag | Shed at El Rio |
| 52 | 1, 7* | 119 | Springfield Armory | 40 | Pistol | XD-40 | US432533 | Yes | Yes | 6-Dec-05 | Sportman's | photo | Shed at El Rio |
| 53 | 1, 8* | 123 | Kel-Tec | 380 | Pistol | P3AT | HYJ15 | Yes | Yes | 3-Jul-06 | Rincon | Photo w/ storm tag | Shed at El Rio |
| 54 | 1, 9 | 76 | DC Industries | 7.62 x 39 | Rifle | NDS-3 | 3001662 | Yes | Yes | 15-Aug-06 | Omega | Photo w/ storm tag | Suburban at El Rio |
| 55 | 9* | N/A | DC Industries | 7.62 | Receiver | AKM | 3001663 | No | Yes | 15-Aug-06 | Omega | | Not found |

*Forfeiture Allegation
United States v. Darral Wayne Brumley